United States Constitution, amendment XIV, and under the Minnesota Constitution, art. 1, § 7, the teacher requirements of Minn.Stat. § 120.10, subd. 2, are unconstitutionally vague insofar as they serve as a basis for a criminal conviction.

If the legislature wants to establish the opportunity in a civil proceeding, perhaps in a hearing on a petition for a temporary restraining order brought by a school district superintendent, for parents charged with noncompliance with compulsory attendance laws to produce evidence and prove on a case by case basis that their qualifications are "essentially equivalent" to those of public school teachers of the same grade or subjects, it is not for this court to forbid it prospectively on constitutional grounds. To do so would be a premature and intrusive exercise of judicial power and an unsettling of the balance which the legislature has attempted to strike between the interests of the child, the parents and the state in the education of children.

Since Jeanne Newstrom's conviction was based solely upon alleged violation of an unconstitutional statute, that conviction must be reversed. Because our ruling on this issue is dispositive, we need not reach the other issues raised in this appeal.

Reversed.

Hubert H. Humphrey, III, Atty. Gen., Thomas J. Barrett, Sp. Asst., St. Paul, Waldemar D. Senyk, Asst. Otter Tail County Atty., Fergus Falls, for appellant.

John A. Eidsmoe, Tulas, Okl., Roger Oldenkamp, Fergus Falls, for Budkes.

Clyde F. Anderson, Council of Christian Home Educators, Minneapolis, John W. Whitehead, Manassas, Va., Wendell R. Bird, Richard W. Summers, Atlanta, Ga., amicus curiae.

WAHL, Justice.

Donald and Kathleen Budke were convicted of violating Minnesota's compulsory school attendance law. On appeal, a three-judge district court panel reversed their convictions based on its belief that the Budke's first amendment rights had been infringed.

We affirm the reversal of the Budkes' convictions for the reasons set forth in our opinion in *State v. Newstrom*, 371 N.W.2d 525 (Minn.1985). We do not reach the first amendment issues raised in this appeal.

Affirmed.

**STATE of Minnesota, petitioner, Appellant,**

v.

**Donald BUDKE and Kathleen Budke, Respondents.**

No. CX–84–211.

Supreme Court of Minnesota.

July 19, 1985.

**STATE of Minnesota, Respondent,**

v.

**George THOMAS, etc., Appellant.**

No. C6–85–507.

Supreme Court of Minnesota.

July 26, 1985.